ADAM REISNER, ESQ., (State Bar No. 204351)
TESSA KING, ESQ., (State Bar No. 251408)
ANI ZARGARYAN, ESQ. (State Bar No. 350797)
**REISNER & KING LLP**
15303 Ventura Blvd., Suite 1260
Sherman Oaks, California 91403
Phone: (818) 981-0901
Fax:    (818) 981-0902

Attorneys for PLAINTIFF **HALLE VAN DE HEY**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLE VAN DE HEY,<br><br>Plaintiff,<br><br>v.<br><br>EPAM SYSTEMS INC;<br>ERIC BOGNER, an individual;<br>and DOES 1-100, inclusive.<br><br>Defendants. | Case No.: 3:24-cv-08800-RFL<br><br>*[San Francisco Superior Court Case No. CGC-24-619102]*<br><br>**DECLARATION OF TESSA KING, ESQ AND EXHIBITS IN SUPPORT THEREOF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' PETITION TO COMPEL ARBITRATION AND TO STAY PROCEEDING**<br><br>*[Filed concurrently with Plaintiff's Opposition to Defendants' Petition to Compel Arbitration; the Declaration of Plaintiff Halle Van De Hey, and Plaintiff's Objections to Defendant's Evidence]*<br><br>DATE:       February 11, 2025<br>TIME:            10:00 a.m..<br>DEPT:       Courtroom 15, 18th Floor |

_____

## DECLARATION OF TESSA KING, ESQ.

I, Tessa King, declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California and am an attorney in the law offices of Reisner & King, LLP,

**1**

**DECLARATION OF TESSA KING, ESQ.**

attorneys of record for Plaintiff, Halle Van De Hey, herein. All statements herein are of my own personal knowledge except where stated upon information and belief and of those things I believe them to be true.

2. Defendants waived their right to arbitrate by engaging in "forum shopping" and filing a notice of removal from State Court to Federal Court.

3. Defendants acted in bad faith and engaged in forum shopping and removing the matter from State Court to Federal Court, knowing the case does not belong in federal court. This improper conduct constitutes forum shopping, as Defendants believed they would get a better ruling in their arbitration motion in federal court than state court.

4. Most notably, Defendant EPAM's improper practices are prevalent when Defense Counsel Mel Cole **admitted that the case does not belong in federal court.** Specifically, Defense Counsel Mel Cole emailed Plaintiff's Counsel requesting an extension of initial disclosures, stating, "*Given **that neither party believes this case should ultimately be in the Northern District** (as Defendant is seeking arbitration and Plaintiff is seeking a remand), we think a mutual extension of the deadline until the jurisdictional matters are heard would benefit everyone.*" Attached as Exhibit A is a true and correct copy of Defense Counsel's meet and confer email.

5. Defendants wasted this honorable federal court's time by filing their removal and forcing Plaintiff to file her motion to remand. Therefore, Defendants actively abused this federal court's resources by removing Plaintiff's sexual harassment related EFAA claims from State Court, where it belongs, to Federal Court.

6. Plaintiff in good faith estimates that at least fifteen (15) depositions will be necessary to fairly resolve this case. Given that the Complaint alleges fifteen (9)

**2**

**DECLARATION OF TESSA KING, ESQ.**

causes of action against one corporate Defendant and one individual Defendant, the discovery rules used by this Arbitration Agreement are insufficient.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information and belief. Executed: on January 17, 2025 in Los Angeles, California.

_____/s/_Tessa King_____
TESSA KING, ESQ.

**3**

**DECLARATION OF TESSA KING, ESQ.**

# EXHIBIT A

## Ani Zargaryan

| | |
|---|---|
| **From:** | Cole, Mel M.C. <mmcole@seyfarth.com> on behalf of Cole, Mel M.C. |
| **Sent:** | Saturday, January 4, 2025 4:40 PM |
| **To:** | Ani Zargaryan |
| **Cc:** | Adam Reisner; Tessa King; Adam Troy; McCoy, Ryan |
| **Subject:** | Van De Hey v. EPAM Systems - TIME SENSITIVE - Initial Disclosure Deadline |

Hi Ani,

I hope you had a nice end to your year and apologies for the weekend interruption. Under the Northern District's General Order No. 71, we technically have to exchange a good amount of information and documents on Monday. However, given that neither party believes this case should ultimately be in the Northern District (as Defendant is seeking arbitration and Plaintiff is seeking a remand), we think a mutual extension of the deadline until the jurisdictional matters are heard would benefit everyone.  Would you agree to a mutual extension of the deadline for the GO No. 71 disclosures to February 28, 2025?

Please let us know as soon as you can.

Thank you for considering,

Mel

**Mel M.C. Cole** (she/her/hers) | Senior Counsel | Seyfarth Shaw LLP
560 Mission Street | Suite 3100 | San Francisco, California 94105-2930
Direct: +1-415-544-1049 | Mobile: +1-415-728-4038
mmcole@seyfarth.com | www.seyfarth.com



CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

## PROOF OF SERVICE

**UNITED STATES DICTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

I am employed in the county of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 15303 Ventura Boulevard, Suite 1260, Sherman Oaks, California 91403.

On **January 17, 2025**, I served true copies of the following document(s) described as: **DECLARATION OF TESSA KING, ESQ AND EXHIBITS IN SUPPORT THEREOF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' PETITION TO COMPEL ARBITRATION AND TO STAY PROCEEDING** on the interested parties in this action delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b) as indicated below:

Ryan McCoy, Esq.
Mel M.C. Cole
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
San Francisco, CA 94105
***Attorneys for Defendant EPAM Systems Inc.***

   **X**   **ELECTRONICALLY:** by using the Court's ECF/CM System.

   **X**   **(FEDERAL) I declare under the penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.**

Executed on **January 17, 2025**, at Sherman Oaks, California.

/s/ Jose Garcia
**Jose Garcia**