ADAM REISNER, ESQ., (State Bar No. 204351)
TESSA KING, ESQ., (State Bar No. 251408)
ANI ZARGARYAN, ESQ. (State Bar No. 350797)
**REISNER & KING LLP**
15303 Ventura Blvd., Suite 1260
Sherman Oaks, California 91403
Phone: (818) 981-0901
Fax:    (818) 981-0902

Attorneys for PLAINTIFF **HALLE VAN DE HEY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLE VAN DE HEY,<br><br>Plaintiff,<br><br>v.<br><br>EPAM SYSTEMS INC;<br>ERIC BOGNER, an individual;<br>and DOES 1-100, inclusive.<br><br>Defendants. | Case No.: 3:24-cv-08800-RFL<br><br>*[San Francisco Superior Court Case No. CGC-24-619102]*<br><br>**DECLARATION OF PLAINTIFF HALLE VAN DE HEY**<br><br>*[Filed concurrently with Plaintiff's Opposition to Defendants' Petition to Compel Arbitration and to Stay Proceeding; the Declaration of Tessa King, Esq. with Exhibits in Support Thereof, and Plaintiff's Objections to Defendant's Evidence]*<br><br>DATE:    February 11, 2025<br>TIME:    10:00 a.m..<br>DEPT:    Courtroom 15, 18th Floor |

///

///

///

///

///

///

**1**

**DECLARATION OF PLAINTIFF HALLE VAN DE HEY**

## DECLARATION OF PLAINTIFF HALLE VAN DE HEY

I, Halle Van De Hey, declare as follows:

1. I am the Plaintiff in this action. All statements herein are of my own personal knowledge except where stated upon information and belief and of those things I believe them to be true.

2. I understand this declaration can be discoverable and no confidentiality can be guaranteed.

3. EPAM is a software engineering and product development company, which is generally known to be a male-dominated field.

4. When I first joined EPAM, I was part of the Industrial Design team, which included five men and two women.

5. My supervisors throughout my entire employment at EPAM were both men.

6. In December of 2023, I was the *only* female in my team, with my supervisors and colleagues being only men.

7. Being a female in this male dominated field, I endured years of sexual harassment at EPAM, including by being denied equal pay and by comments being said throughout my employment on a severe and pervasive basis.

8. Chris Wilhelm would harass me on a severe and pervasive basis, including by asking, "are you okay? You're not as effusive as normal." Mr. Wilhelm would say words to this effect on multiple occasions, implying that I am emotional because I am a woman.

9. Product designer Mark Bates also sexually harassed me by stating "Asian women have small hands," implying that women were not capable of performing the same tasks as men.

10. Defendant Bogner harassed me based on my sex/gender for months by admitting that I was only denied the same pay as my male counterpart because

**DECLARATION OF PLAINTIFF HALLE VAN DE HEY**

it was a recruiting error, but he chose to do nothing about it because he did not want to lose the male candidate.

11. I could not have understood that the alleged arbitration agreement would be extended to between myself and Defendant Bogner, when the agreement's plain language makes no reference to Defendant Bogner.

12. I worked in Northern California from my home in San Ramon.

13. I was rushed through the signing process with zero ability to negotiate the agreement. Defendants did not ask me what my thoughts were on the agreement, if I had any proposed changes to the agreement, or if I had any concerns or questions. In fact, Defendants told me that she needs to sign the entire employment contract, that included the arbitration provision, as a condition of my employment.

14. With bills to pay, I truly felt she had no other option but to sign the arbitration agreement. I was very worried that if I did not sign the agreement EPAM would revoke my employment, and I would therefore be unable to provide for myself.

15. Although EPAM did not specifically tell me, "If you don't sign the agreement, you will not get hired," they put heavy pressure on me to sign the arbitration agreement. For example, EPAM told me that my employment will begin once I sign my employment contract.

16. I have taken the time to review this document for any errors or omissions and feel confident with signing this declaration under penalty of perjury. I have not been coerced, threatened or compelled to sign this document, and do so of my own free will.

///

///

**3**

**DECLARATION OF PLAINTIFF HALLE VAN DE HEY**

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information and belief. Executed: on January 17, 2025 in San Ramon, California.

DocuSigned by:

_____
DDE21BABF57F48C...

PLAINTIFF HALLE VAN DE HEY

**4**

**DECLARATION OF PLAINTIFF HALLE VAN DE HEY**

# PROOF OF SERVICE

## UNITED STATES DICTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I am employed in the county of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 15303 Ventura Boulevard, Suite 1260, Sherman Oaks, California 91403.

On **January 17, 2025**, I served true copies of the following document(s) described as: **DECLARATION OF PLAINTIFF HALLE VAN DE HEY** on the interested parties in this action delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b) as indicated below:

Ryan McCoy, Esq.
Mel M.C. Cole
**SEYFARTH SHAW LLP**
560 Mission Street, 31st Floor
San Francisco, CA 94105
*Attorneys for Defendant EPAM Systems Inc.*

    **X**    **ELECTRONICALLY:** by using the Court's ECF/CM System.

    **X**    **(FEDERAL) I declare under the penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.**

Executed on **January 17, 2025**, at Sherman Oaks, California.

/s/ Jose Garcia
**Jose Garcia**